1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772



FILED

FEB - 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   CR. NO. 2:06-CR-0060 EJG
                                   )
                Plaintiff,         )
                                   )   VIOLATION:  18 U.S.C.
       v.                          )   § 2252A(a)(5)(B) - Knowingly
                                   )   Possessing Images of
KEVIN WHITE,                       )   Child Pornography; 18 U.S.C.
                                   )   § 2253(a)(3) Criminal Forfeiture
                Defendant.         )
_____)

I N D I C T M E N T

COUNT ONE:  [18 U.S.C. § 2252A(a)(5)(B) - Knowingly Possessing
            Images of Child Pornography]

     The Grand Jury charges:  T H A T

                         KEVIN WHITE,

defendant herein, on or about April 4, 2005, in the County of El
Dorado, State and Eastern District of California, did knowingly
possess a computer which he knew contained images of child
pornography, as defined in Title 18, United States Code, Section
2256(8)(A) to mean visual depictions involving the use of minors
engaged in sexually explicit conduct, which images had been shipped
or transported in interstate or foreign commerce by any means,

1

1  including by computer, and had been produced using materials that
2  had been mailed, or shipped or transported in interstate or foreign
3  commerce by any means, including by computer, in violation of Title
4  18, United States Code, Section 2252A(a)(5)(B).

5  FORFEITURE ALLEGATION:   [18 U.S.C. § 2253(a)(3) - Criminal Forfeiture]

7      The Grand Jury further charges:

8      KEVIN WHITE,
9  defendant herein, as follows:

10      Upon conviction for violating Title 18, United States Code,
11  Section 2252A(a)(5)(B), as alleged in Count One above, defendant
12  Kevin White, shall forfeit to the United States pursuant to Title
13  18, United States Code, Section 2253(a)(3), his interest in any and
14  all property used or intended to be used in any manner or part to
15  commit and to promote the commission of the aforementioned
16  violation, including, but not limited to, a Hewlett Packard Pavilion
17  computer, Model 751n, serial number MX216A5230.

18      If any of the property described in subsection (a) of Section
19  2253, Title 18, as a result of any act or omission of the defendant:
20      (1)   cannot be located upon the exercise of due diligence;
21      (2)   has been transferred or sold to, or deposited with, a
22          third person;
23      (3)   has been placed beyond the jurisdiction of the Court;
24      (4)   has been substantially diminished in value; or
25      (5)   has been commingled with other property which cannot be
26          subdivided without difficulty;
27  it is the intention of the United States to seek an order
28  authorizing the forfeiture of other property of the defendant up to

1  the value of any property described in paragraphs (1) through (5),
2  pursuant to Title 18, United States Code, Section 2253(o).  All in
3  violation of Title 18, United States Code, Section 2253(a)(3).

4                              A TRUE BILL.

5                       /s/ Signature on file w/AUSA
6                       _____
                                  FOREPERSON
7

8
9  [signature]
   McGREGOR W. SCOTT
10 United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

### THE UNITED STATES OF AMERICA
*vs.*

### KEVIN WHITE

---

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2252A(a)(5)(B) - Knowingly Possessing Images of Child Pornography; 18 U.S.C. § 2253(a)(3) - Criminal Forfeiture

---

*A true bill,*

_____/S/_____  2:06 - CR - 0060 EJG

*Foreman.*

---

Filed in open court this ___9th___ day

of ___February___, A.D. 2006

_____

*Clerk.*

---

Bail, $ _Warrant - No bail_

**GREGORY G. HOLLOWS**

---

GPO 863 525

**DEFENDANT:**   **KEVIN WHITE**

**COUNT ONE:**   18 U.S.C. § 2252A(a)(5)(B) - Knowingly Possessing Images Of Child Pornography

**PENALTY:**   Not more than 10 years in prison,
Not more than $250,000 fine, or both, and a
3-year term of supervised release.

**PENALTY ASSESSMENT:**   Mandatory $100 penalty assessment

**FORFEITURE ALLEGATION**   18 U.S.C. § 2253(a)(3) - Criminal Forfeiture

**PENALTY:**   Forfeiture of property used in the commission of the aforementioned violation

2:06 - CR - 0060 EJG