FILED
March 20, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )      Case No. 2:06-cr-60 EJG
                          )
v.                        )      ORDER FOR RELEASE OF
                          )      PERSON IN CUSTODY
Kevin White,              )
                          )
                          )
_____)
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Kevin White Case No. 2:06-cr-60 EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of _____

   X    $25,000 Unsecured Appearance Bond signed by deft and his father

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond secured by Real Property

   __   Corporate Surety Bail Bond

   X    (Other) PTS conditions/supervision and custody of father until Friday, 3/24/06 at 2 p.m.

Issued at Sacramento, CA  on 3/20/06     at 3:42 p.m.

By _____
   Kimberly J. Mueller
   United States Magistrate Judge