# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Kevin White                                **Docket No. 2:06-CR-0060 EJG**

**COMES NOW** Steven J. Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Kevin White, who was placed on bond by the Honorable Kimberly J. Mueller, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 20th day of March, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18 USC 2252A(a)(5)(B) - Knowingly Possessing Images of Child Pornography

**BOND CONDITIONS**: The defendant was released on a $25,000 unsecured bond, co-signed by his father, with Pretrial Services supervision and special conditions of release. Please see attachment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On June 5, 2006, the defendant was remanded to the Douglas County Jail, located in Minden, Nevada, after a Breathalyzer test revealed that his blood alcohol content(BAC) was above .1% following an appearance in Douglas County Superior Court. Also, on May 22, 2006, the defendant's BAC was reportedly at or above .2% following a court appearance.

**PRAYING THAT THE COURT WILL ORDER** that a no-bail bench warrant be issued for the defendant's arrest. The warrant will act as a detainer due to Mr. White's current incarceration at the Douglas County Jail in Minden, Nevada.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**     On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                         Respectfully submitted,

                                                                         /s/ Steven J. Sheehan

                                                                         Steven J. Sheehan
                                                                         Pretrial Services Officer
                                                                         June 7, 2006

### ORDER

__X__     The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ __0 pending hearing__ .

_____     The Court hereby orders this ex parte motion and order be sealed.

_____     The Court orders a summons be issued with an appearance date of _____.

_____     The Court hereby orders this matter placed on this court's calendar on _____, at ___ p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____     The Court orders no action be taken.

                                                      Considered and ordered this 7th day of
                                                      June, 2006, and ordered filed and
                                                      made a part of the records in the above case.

_____
UNITED STATES MAGISTRATE JUDGE

**Pretrial Services Violation Petition - page 2**
**White, Kevin**

### SPECIAL CONDITIONS OF RELEASE:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

7. You shall not access the Internet by any means;

8. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer; additionally any computers in your residence shall be password protected;

9. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

10. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; and

11. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.

### CHRONOLOGY OF EVENTS:

On Monday, June 5, 2006, Mr. White appeared in Douglas County Superior Court, located in Minden, Nevada, and he was remanded to the custody of the Douglas County Sheriff's Department after he blew above .08% blood alcohol content(BAC). According to Douglas County Alternative Sentencing Officer Douglas Swalm and Deputy District Attorney Chris Brown, the defendant's BAC was approximately .102% when he submitted to a Breathalyzer test following his court appearance on May 5th. Further, Mr. White submitted a urine sample following a May 22, 2006, court appearance in Minden, Nevada, which tested at or above .200% BAC. Mr. White will remain in custody pending a further status hearing in Douglas County Superior Court on Monday, June 12, 2006. According to Douglas County Deputy District Attorney Chris Brown, Mr. White could potentially face a felony Driving Under the Influence(DUI) charge as he appears to have not complied with the alternative sentencing requirements.

Mr. White repeatedly denied that he was drinking alcohol to intoxication or mixing alcohol with his prescription medications when questioned by Pretrial Services between March and May 2006.