DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-06-0060-EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| v. | ) |
| KEVIN WHITE | ) Judge: Hon. Edward J. Garcia |
| Defendant. | ) |

This case is currently scheduled for a status hearing on June 23, 2006. Mr. White is currently in custody in Minden, Nevada. Magistrate Judge Mueller has issued a no bond bench warrant for Mr. White so that as soon as he is released from state custody in Nevada, he will be brought to this Court.

The attorneys for both parties have conferred and agree that additional time is needed for defense counsel to prepare and that a large portion of the preparation necessary cannot occur without counsel's ability to consult with Mr. White.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for June 23, 2006, be continued until August 11, 2006. In addition, due to the unavailability of the defendant, the parties stipulate that the time period from June 23, 2006, to August 11, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(3)(A) and Local Code M), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED:June 22, 2006

                  Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| | |
| /s/Samuel Wong | /s/ Lexi Negin |
| SAMUEL WONG | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Kevin White |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>KEVIN WHITE<br><br>        Defendant.<br>_____ | No. CR-06-0060-EJG<br><br>PROPOSED ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed on June 21, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for June 23, 2006, be continued until Friday, August 11, 2006, at 10:00 a.m. The Court finds that the defendant is presently unavailable due to incarceration in the state of Nevada and the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 21, 2006, stipulation, the time under the Speedy Trial Act is excluded from June 23, 2006, through August 11, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and (h)(3)(a) and Local Codes T4 and M, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June 22, 2006                                          /s/ Edward J. Garcia
                                                                                   EDWARD J. GARCIA
                                                                                    UNITED STATES DISTRICT JUDGE