UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. S. 06-060 EJG |
| v. | ) |
| | ) |
| KEVIN WHITE | ) |

FILED
AUG 22 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum              ( ) Ad Testificandum

Name of Detainee:    KEVIN WHITE
Detained at (custodian): Northern Nevada Correctional Center

Detainee is:
    a.) (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
              charging detainee with: Possession of Child Pornography
or
    b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ( ) return to the custody of detaining facility upon termination of proceedings
or
    b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on **September 22, 2006, at 10:00 a.m.**, in the Eastern District of California.*

Signature:                    /s/ Samuel Wong
Printed Name & Phone No:   SAMUEL WONG /916-554-2772
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum              ( ) Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on **September 22, 2006 at 10:00 a.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/22/06

_____
United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X Female __ | |
| Booking or CDC #: | BACK #92007 | DOB: | |
| Facility Address: | 1721 E. Snyder Avenue | Race: | |
| | Carson City, NV 89702 | FBI #: | |
| Facility Phone: | 775-882-9203 | | |
| Currently Incarcerated For: | DUI, 10-30 month sentence | | |

## RETURN OF SERVICE

Executed on _____      By: _____
                                               (Signature)