DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-06-0060-EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME |
| v. | ) |
| KEVIN WHITE | ) Judge: Hon. Edward J. Garcia |
| Defendant. | ) |

    This case is currently scheduled for a status hearing on February 23, 2007.  The parties have conferred and agree that additional time is needed for defense preparation.  Specifically, because of the Adam Walsh Act which has changed the law dramatically with respect to the defense ability to conduct forensic evaluations of computer hard drives in cases like Mr. Kevin White's, the parties are working together toward accomplishing a meaningful defense forensic review of Mr. White's computer.

    The process is time-consuming and both parties and their respective experts on the issue are working diligently to accomplish the evaluation.  Mr. White is currently in custody and is willing to waive time pursuant to the Speedy Trial Act in order for defense counsel to continue preparing his defense.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for February 23, 2007, be continued until March 30, 2007.  In addition, due to the need for defense counsel to prepare, the parties stipulate that the time period from February 23, 2007 to, and including, March 30, 2007, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code

1

T4, due to the need to provide defense counsel with the reasonable time to prepare Mr. White's defense.

     A proposed order is attached and lodged separately for the court's convenience.

DATED:  February 23, 2007

     Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/Lexi Negin for Samuel Wong | /s/ Lexi Negin |
| SAMUEL WONG | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Kevin White |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   No. CR-06-0060-EJG
                                    )
        Plaintiff,                  )
                                    )   PROPOSED ORDER CONTINUING STATUS
  v.                                )   CONFERENCE AND EXCLUDING TIME
                                    )
KEVIN WHITE                         )
                                    )
        Defendant.                  )
                                    )
_____     )

      For the reasons set forth in the stipulation of the parties, filed on February 23, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled February 23, 2007, shall be continued until Friday, March 30, 2007, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 23, 2007 stipulation, the time from the date of the parties' stipulation to, and including, March 30, 2007, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare defendant's defense taking into account the exercise of due diligence..

Dated:  February 22, 2007                    /s/ Edward J. Garcia
                                             EDWARD J. GARCIA
                                             UNITED STATES DISTRICT JUDGE

2