DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0060-EJG |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME |
| v. | ) ) | |
| KEVIN WHITE | ) ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) ) ) | |

     This case is currently scheduled for a status hearing on May 4, 2007. The parties have conferred and agree that additional time is needed for defense preparation. Specifically, because of the Adam Walsh Act which has changed the law dramatically with respect to the defense ability to conduct forensic evaluations of computer hard drives in cases like Mr. Kevin White's, the parties are working together toward accomplishing a meaningful defense forensic review of Mr. White's computer.

     The process is time-consuming and both parties and their respective experts on the issue are working diligently to accomplish the evaluation. Mr. White is currently in custody and is willing to waive time pursuant to the Speedy Trial Act in order for defense counsel to continue preparing his defense.

     The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 4, 2007, be continued until June 15, 2007. In addition, due to the need for defense counsel to prepare, the parties stipulate that the time period from May 4, 2007 to, and including, June 15, 2007, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due

1

1  to the need to provide defense counsel with the reasonable time to prepare Mr. White's defense.
2       A proposed order is attached and lodged separately for the court's convenience.
3
4  DATED:  May 3, 2007
5       Respectfully submitted,

6  McGREGOR W. SCOTT                                    DANIEL BRODERICK
   United States Attorney                                 Federal Defender
7
8
   /s/Lexi Negin for Samuel Wong                        /s/ Lexi Negin
9   SAMUEL WONG                                         LEXI NEGIN
   Assistant U.S. Attorney                              Assistant Federal Defender
10 Attorney for United States                           Attorney for Kevin White

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEVIN WHITE<br><br>　　　　　Defendant.<br>_____ | )<br>) No. CR-06-0060-EJG<br>)<br>)<br>) ORDER CONTINUING STATUS<br>) CONFERENCE AND EXCLUDING TIME<br>)<br>)<br>)<br>)<br>) |

　　　For the reasons set forth in the stipulation of the parties, filed on May 3, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled May 4, 2007, shall be continued until Friday, June 15, 2007, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 3, 2007 stipulation, the time from the date of the parties' stipulation to, and including, June 15, 2007, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare defendant's defense taking into account the exercise of due diligence.

Dated:   May 3, 2007　　　　　　　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2