1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN D.C. Bar # 446153
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   KEVIN WHITE

6

          IN THE UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0060-EJG |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS HEARING AND TO EXCLUDE TIME |
| v. | ) | |
| | ) | |
| KEVIN WHITE | ) | |
| | ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This case is currently scheduled for a status hearing on July 27, 2007.  The parties have conferred and agree that additional time is needed for defense preparation.  Specifically, because of the Adam Walsh Act which has changed the law dramatically with respect to the defense ability to conduct forensic evaluations of computer hard drives in cases like Mr. Kevin White's, the parties are working together toward accomplishing a meaningful defense forensic review of Mr. White's computer.

The process is time-consuming and both parties and their respective experts on the issue are working diligently to accomplish the evaluation.  Mr. White is currently in custody and is willing to waive time pursuant to the Speedy Trial Act in order for defense counsel to continue preparing his defense.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for July 27, 2007,  be continued until August 17, 2007.  In addition, due to the need for defense counsel to prepare, the parties stipulate that the time period from July 27, 2007 to, and including, August 17, 2007, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code

1

T4, due to the need to provide defense counsel with the reasonable time to prepare Mr. White's defense.

A proposed order is attached and lodged separately for the court's convenience.

DATED:  July 26, 2007

Respectfully submitted,

McGREGOR W. SCOTT                          DANIEL BRODERICK
United States Attorney                         Federal Defender


/s/Lexi Negin for Samuel Wong                /s/ Lexi Negin
 SAMUEL WONG                               LEXI NEGIN
Assistant U.S. Attorney                       Assistant Federal Defender
Attorney for United States                     Attorney for Kevin White


For the reasons set forth in the stipulation of the parties, filed on July 26, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled July 27, 2007, shall be continued until Friday, August 17, 2007, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 26, 2007 stipulation, the time from the date of the parties' stipulation to, and including, August 17, 2007, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare defendant's defense taking into account the exercise of due diligence.


Dated:    July 25, 2007                         /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
                                           UNITED STATES DISTRICT JUDGE

1