IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                  )<br>                                        )<br>      v.                                )<br>                                        )<br> KEVIN WHITE                             )<br>                                        )<br>            Defendant.                  )<br>                                        )<br>_____ ) | No. CR-06-0060-EJG<br><br> ORDER CONTINUING STATUS<br> CONFERENCE AND EXCLUDING TIME |

    For the reasons set forth in the stipulation of the parties, filed on August 16, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for August 17, 2007, be continued until September 28, 2007, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 16, 2007 stipulation, the time under the Speedy Trial Act is excluded from August 17, 2007, through September 28, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: __August 16, 2007                    /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
                                            UNITED STATES DISTRICT JUDGE

1