DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. 06-060 (EJG) |
| Plaintiff, | **ORDER TO SET HEARING BEFORE MAGISTRATE** |
| v. | |
| KEVIN WHITE, | |
| Defendant. | |

For the reasons set forth in the defendant's Motion to Reconsider Pretrial Detention and Request for a Hearing filed on September 13, 2007, IT IS HEREBY ORDERED that the case be scheduled before the Magistrate Judge Gregory Hollows on Tuesday, September 18, 2007, at 2:00 p.m.

Dated: 9/13/07                /s/ Gregory G. Hollows
                              _____
                              UNITED STATES DISTRICT COURT

white.ord