DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0060-EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| v. | ) | |
| KEVIN WHITE | ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) | |

    This case is currently scheduled for a status hearing on September 28, 2007. The parties have conferred and agree that additional time is needed for defense preparation. Specifically, because of the Adam Walsh Act which has changed the law dramatically with respect to the defense ability to conduct forensic evaluations of computer hard drives in cases like Mr. White's, the parties are working together toward accomplishing a meaningful forensic review. In addition, the issue is being litigated before Magistrate Judge Hollows in an unrelated case and the parties are waiting for that ruling to determine whether litigation is necessary in this case.

    The process of forensic review is time-consuming and both parties and their respective experts on the issue are working diligently to accomplish the evaluation.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for September 28, 2007, be continued until November 30, 2007. In addition, due to the need for defense counsel to prepare, the parties stipulate that the time period from September 28, 2007, to November 30, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local

1

Code T4), due to the need to provide defense counsel with the reasonable time to prepare his defense.

      A proposed order is attached and lodged separately for the court's convenience.

DATED: September 27, 2007

      Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Samuel Wong<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Kevin White |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0060-EJG |
| Plaintiff, | |
| v. | PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| KEVIN WHITE | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on September 27, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for September 28, 2007, be continued until November 30, 2007, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 27, 2007 stipulation, the time under the Speedy Trial Act is excluded from September 28, 2007, through November 30, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 27, 2007                    /s/ Edward J. Garcia
                                             EDWARD J. GARCIA
                                             UNITED STATES DISTRICT JUDGE