FILED

OCT 03 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. 06-060 (EJG) |
| Plaintiff, | NOTICE OF THIRD PARTY CUSTODIAN APPROVAL OF RELEASE CONDITIONS; ORDER |
| v. | |
| KEVIN WHITE, | Judge: Gregory G. Hollows |
| Defendant. | |

Mr. Kevin White, through undersigned counsel, hereby submits the third party custodian's signature on the release conditions indicating a willingness to act as third party custodian for Mr. White.

On September 19, 2007, the Court ordered Mr. White released with certain conditions and only upon the filing of the approval of the third party custodian.

Counsel waited to file this notice until the outstanding warrants in El Dorado County would be cleared. On October 2, 2007, counsel was informed by the El Dorado Superior Court that the warrants had been withdrawn and that Mr. White would therefore not have to be transferred to El Dorado County and instead can be released directly from the Sacramento County jail.

Steve Sheehan, Pretrial Services Officer for Mr. White, requests that the Court order the US Marshals to release Mr. White to his custody on the first business day after the release order is signed. Mr. White also requests that he be released by the Marshals to the custody of Pretrial Services.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/S/ Lexi Negin

Lexi Negin
Assistant Federal Defender

Attorney for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. 06-060 (EJG) |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| KEVIN WHITE, ) | |
| Defendant. ) | |

It his HEREBY ORDERED that the United States Marshal Service bring the defendant to court on the 4th day of October, 2007, and release him to the custody of a Pretrial Services Officer.

It is further ORDERED, that all conditions of release previously ordered by the Court are in effect.

DATED: October 3, 2007.

_____
U.S. MAGISTRATE JUDGE

3