```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-06-060 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| KEVIN WHITE, | Court: Hon. Edward J. Garcia |
| Defendant. | |

IT IS HEREBY stipulated between plaintiff United States of America, by and through its counsel Assistant United States Attorney Samuel Wong, and defendant Kevin White, through his attorney, Assistant Federal Defender Lexi Negin, that the previously set Status Conference of November 30, 2007, at 10:00 a.m., be continued to January 11, 2008, at 10:00 a.m.

It is further stipulated and agreed between the parties that the period from November 30, 2007, through and including January 11, 2008, shall be excluded from computation of time within which the trial of the above criminal prosecution must commenced under the Speedy Trial Act.  The parties stipulate that the ends of

1

1  justice are served by the Court excluding such time as the
2  parties request this continuance to:  (1) allow the United States
3  to produce additional discovery based on the
4  re-examination by its computer forensic experts of a computer
5  taken from defendant's residence; and (2) allow defendant
6  additional time to review the new discovery to be produced by the
7  United States; and (3) allow defendant additional time to
8  determine whether a further defense examination of the computer
9  is necessary.  All parties stipulate and agree that this is an
10 appropriate exclusion of time within the meaning of Title 18,
11 United States Code, Section 3161(h)(8)(B)(iv), and Local Code T4.

Dated:  November 28, 2007        Respectfully submitted,

                                   /s/ Lexi Negin
                                 LEXI NEGIN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Kevin White
                                 (per telephone authorization)

Dated:  November 28, 2007        McGREGOR W. SCOTT
                                 United States Attorney

                                 By: /s/Samuel Wong
                                    SAMUEL WONG
                                    Assistant U.S. Attorney

1              ORDER

3     Based on the stipulation of the parties and good cause
4 appearing therefrom, the Court hereby finds that the failure to
5 grant a continuance in this case would deny counsel for the
6 parties reasonable time for effective preparation taking into
7 account the exercise of due diligence.  The Court specifically
8 finds that the ends of justice served by the granting of such
9 continuance outweigh the interests of the public and the
10 defendant in a speedy trial.
11     Based on the stipulation of the parties and good cause
12 appearing therefrom, the Court hereby adopts the stipulation of
13 the parties in its entirety as its order.
14     IT IS SO ORDERED.

16 Dated: November 28, 2007        /s/ Edward J. Garcia
                                  HONORABLE EDWARD J. GARCIA
17                                United States District Judge