IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0060-EJG |
| ) | |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ) | |
| KEVIN WHITE ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on January 7, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for January 11, 2008, be continued until February 29, 2008, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 7, 2008 stipulation, the time under the Speedy Trial Act is excluded from January 11, 2008, through February 29, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   January 7_, 2008                                  /s/ Eward J. Garcia
                                                                          UNITED STATES DISTRICT JUDGE

1