IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>KEVIN WHITE<br><br>                Defendant.<br>_____ | No. CR-06-0060-EJG<br><br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed on February 28, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for February 29, 2008, be continued until April 4, 2008, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 28, 2008 stipulation, the time under the Speedy Trial Act is excluded from February 29, 2008, through April 4, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.


Dated:   February 27, 2008            /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      UNITED STATES DISTRICT JUDGE

1