DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-06-0060-EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS HEARING |
| v. | ) |
| KEVIN WHITE | ) Judge: Hon. Edward J. Garcia |
| Defendant. | ) |

    This case is currently scheduled for a status hearing on April 4, 2008.  The parties have conferred and agree that additional time is needed for defense preparation and for continuity of defense counsel. Specifically, because of the Adam Walsh Act which changed the law dramatically with respect to the defense ability to conduct forensic evaluations of computer hard drives in cases like Mr. White's, the parties are working together toward accomplishing a meaningful forensic review.  In addition, the government is continuing to provide discovery in the case which defense counsel needs time to review. Further, defense counsel, Assistant Federal Defender Lexi Negin has been temporarily diverted from work on this case due to her work obligations on a two-week trial that was just completed.

    The process of forensic review is time-consuming and both parties and their respective experts on the issue are working diligently to accomplish the evaluation.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 4, 2008, be continued until May 23, 2008.  In addition,  the parties stipulate that the time period from April 4, 2008, to May 23, 2008, shall be excluded from computation of time

1

within which the trial of this case must be commenced under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare his defense and continuity of defense counsel.

A proposed order is attached and lodged separately for the court's convenience.

DATED: April 3, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Samuel Wong<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Kevin White |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN WHITE<br><br>    Defendant.<br>_____ | No. CR-06-0060-EJG<br><br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed on April 3, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for April 4, 2008, shall be continued until May 23, 2008, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 3, 2008 stipulation, the time under the Speedy Trial Act is excluded from April 4, 2008, through May 23, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 3_, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

2