DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0060-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO SUSPEND |
| ) | CERTAIN CONDITIONS OF PRETRIAL |
| v. ) | RELEASE AND ADD NEW TEMPORARY |
| ) | CONDITIONS |
| KEVIN WHITE ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Mr. Kevin White and Assistant United States Attorney Samuel Wong have conferred with the Pretrial Services Agency and agree to suspend certain conditions of Mr. White's pretrial release from June 6, 2008 at 10:00 a.m. to June 22, 2008 at 10:00 p.m.  The reason for the suspension is so that Mr. White can travel from his current residence in Carson City, Nevada, to his mother's home in Casper, Wyoming.

The parties agree that the following conditions may be suspended for the stated time period:

1. Electronic Monitoring

2. Third Party Custodianship in his current place of residence

3. Sobriety monitor

The parties agree that all other conditions of pretrial release will remain in effect and that Pretrial Services will continue to monitor him with respect to all conditions.  The suspended conditions will automatically restore as of June 22, 2008 at 10:00 p.m.

The parties agree that the following conditions of release shall apply with respect to Kevin White's travel to Casper, Wyoming, to visit his mother:

1

1. As a further condition of Kevin White's pretrial release while on travel to visit his mother, Kevin White shall reside each day at his mother's residence.

2. Prior to Kevin White's travel, Kevin White's mother shall acknowledge in a written statement provided to Pretrial Services Officer Steve Sheehan or in a telephone call to Sandy Hall (telephone number: 916-930-4350) that: (a) she has reviewed and understands the written conditions of Kevin White's pretrial release; (b) she agrees to act as third party custodian for Kevin White while he is Wyoming; and (c) she shall report immediately any violations by Kevin White of his pretrial release conditions to Pretrial Services Officers Steve Sheehan or Sandy Hall (telephone number: 916-930-4350).

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 5, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Samuel Wong<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Kevin White |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0060-EJG |
| Plaintiff, | ) ) | ORDER TO SUSPEND CERTAIN |
| v. | ) ) | CONDITIONS OF PRETRIAL RELEASE AND ADD NEW TEMPORARY CONDITIONS |
| KEVIN WHITE | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on June 5, 2008, IT IS HEREBY ORDERED, that the following conditions of Mr. White's pretrial release are suspended from June 6, 2008 at 10:00 a.m. to June 22, 2008 at 10:00 p.m.:

1. Electronic Monitoring

2. Third Party Custodianship in his current place of residence

3. Sobriety Monitor

IT IS FURTHER ORDERED, that the conditions stated will automatically restore on June 22, 2008 at 10:00 p.m., and IT IS FURTHER ORDERED, that all other conditions of pretrial release shall remain in effect.

IT IS FURTHER ORDERED, that the following conditions of release shall apply with respect to Kevin White's travel to Casper, Wyoming, to visit his mother:

1. As a further condition of Kevin White's pretrial release while on travel to visit his mother, Kevin White shall reside each day at his mother's residence.

2. Prior to Kevin White's travel, Kevin White's mother shall acknowledge in a written statement provided to Pretrial Services Officer Steve Sheehan or in a telephone call to Sandy Hall (telephone number: 916-930-4350) that: (a) she has reviewed and understands the written conditions of Kevin White's pretrial release; (b) she agrees to act as third party custodian for Kevin White while he is

2

1  Wyoming; and (c) she shall report immediately any violations by Kevin White of his pretrial release
2  conditions to Pretrial Services Officers Steve Sheehan or Sandy Hall (telephone number: 916-930-4350).
3  Dated: June 5, 2008.

_____
U.S. MAGISTRATE JUDGE