McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-06-060 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING |
| v. | TIME UNDER THE SPEEDY TRIAL ACT |
| KEVIN WHITE, | |
| Defendant. | Court:  Hon. Edward J. Garcia |

IT IS HEREBY stipulated between plaintiff United States of America, by and through its counsel Assistant United States Attorney Samuel Wong, and defendant Kevin White, through his attorney, Assistant Federal Defender Lexi Negin, that the previously set Status Conference of July 18, 2008, at 10:00 a.m., be continued to September 5, 2008, at 10:00 a.m.

It is further stipulated and agreed between the parties that the period from July 18, 2008, through and including September 5, 2008, shall be excluded from computation of time within which the trial of the above criminal prosecution must commenced under the Speedy Trial Act.  The parties stipulate that the ends of justice

1

are served by the Court excluding such time as the parties request this continuance to allow defendant's computer forensic expert time to conduct her examination of a copy of defendant's computer hard drive based on mutually agreeable conditions, including place, date, and time with the United States' investigating agents, which may include a multiple-day examination in Reno, Nevada.  The defense expert will need substantial time after her examination to analyze the information that she learns from her examination of the computer before she can make her conclusions.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv), and Local Code T4.

Dated:  July 17, 2008            Respectfully submitted,


                                   /s/ Lexi Negin
                                 LEXI NEGIN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Kevin White
                                 (per telephone authorization from
                                  Chief AFD Linda Harter for AFD
                                  Lexi Negin)

Dated:  July 17, 2008            McGREGOR W. SCOTT
                                 United States Attorney


                                 By: /s/Samuel Wong
                                     SAMUEL WONG
                                     Assistant U.S. Attorney

|  |  |
|---|---|
| 1 | ORDER |
| 2 | |
| 3 | Based on the stipulation of the parties and good cause |
| 4 | appearing therefrom, the Court hereby finds that the failure to |
| 5 | grant a continuance in this case would deny counsel for the |
| 6 | parties reasonable time for effective preparation taking into |
| 7 | account the exercise of due diligence.  The Court specifically |
| 8 | finds that the ends of justice served by the granting of such |
| 9 | continuance outweigh the interests of the public and the |
| 10 | defendant in a speedy trial. |
| 11 | Based on the stipulation of the parties and good cause |
| 12 | appearing therefrom, the Court hereby adopts the stipulation of |
| 13 | the parties in its entirety as its order. |
| 14 | IT IS SO ORDERED. |
| 15 | |
| 16 | Dated:   July 17, 2008              /s/ Edward J. Garcia |
|    |                                     U. S. DISTRICT JUDGE |