DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. 06-060 (EJG) |
| | ) | |
| Plaintiff, | ) | **ORDER TO SET HEARING BEFORE MAGISTRATE** |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN WHITE, | ) | Judge: Edward J. Garcia |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

   For the reasons set forth in the defendant's Motion to Reconsider Pretrial Detention and Request for a Hearing filed on September 5, 2008, IT IS HEREBY ORDERED that the case be scheduled before the Magistrate Judge Hollows on Monday, September 8, 2008, at 2:00 p.m., or as otherwise agreed by counsel.

Dated: 09/05/08                    /s/ Gregory G. Hollows
                                   _____
                                   U.S. MAGISTRATE JUDGE

white.rec