IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KEVIN WHITE<br><br>   Defendant.<br>_____ | No. CR-06-0060-EJG<br><br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed on September 4, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for September 8, 2008, shall be continued until October 24, 2008, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 4, 2008 stipulation, the time from September 8, 2008, through October 24, 2008, is excluded from computation of the time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  Sept. 4__, 2008               /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      UNITED STATES DISTRICT JUDGE

1