DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0060-EJG |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME |
| v. | ) ) | |
| KEVIN WHITE | ) ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) ) ) | |

    This case is currently scheduled for a status hearing on October 24, 2008. The parties have conferred and agree that additional time is needed for defense preparation. Specifically, the parties have arranged for a defense expert to examine Mr. White's computer hard drive. The hard drive is in the possession of the Department of Homeland Security in Reno, Nevada. Several logistical concerns have been worked out so that the exam can take place over a three day period from November 17 through 19, 2008.

    Defense counsel hopes that once the drive is examined by the defense expert, progress can be made toward setting the case for trial.

    Mr. White is currently in custody and is willing to waive time pursuant to the Speedy Trial Act in order for defense counsel to continue preparing his defense.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 24, 2008, be continued until December 12, 2008. In addition, due to the need for defense counsel to prepare, the parties stipulate that the time period from this stipulation, October

1

20, 2008 to, and including, December 12, 2008, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare Mr. White's defense.

     A proposed order is attached and lodged separately for the court's convenience.

DATED: October 20, 2008

     Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/Lexi Negin for Samuel Wong | /s/ Lexi Negin |
| SAMUEL WONG | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Kevin White |

## **O R D E R**

For the reasons set forth in the stipulation of the parties, filed on October 20, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for October 24, 2008, shall be continued until Friday, December 12, 2008, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 20, 2008 stipulation, the time from the date of the parties' stipulation to, and including, December 12, 2008, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare defendant's defense taking into account the exercise of due diligence.

Dated: October 20, 2008      /s/ Edward J. Garcia
                                       EDWARD J. GARCIA, JUDGE