DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0060-EJG |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME |
| v. | ) ) | |
| KEVIN WHITE | ) ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) ) ) | |

     This case is currently scheduled for a status hearing on December 12, 2008. The parties have conferred and agree that additional time is needed for defense preparation. Specifically, the defense expert has examined Mr. White's hard drive and counsel needs to consult with Mr. White and the government further in order to decide how best to proceed in the case.

     Defense counsel hopes that at the next appearance, a motions schedule and trial dates can be set.

     Mr. White is currently in custody and is willing to waive time pursuant to the Speedy Trial Act in order for defense counsel to continue preparing his defense.

     The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for December 12, 2008, be continued until January 9, 2009. In addition, due to the need for defense counsel to prepare, the parties stipulate that the time period from December 12, 2008 to, and including, January 9, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare Mr. White's defense.

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: December 12, 2008

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| /s/Lexi Negin for Samuel Wong | /s/ Lexi Negin |
| SAMUEL WONG | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Kevin White |

For the reasons set forth in the stipulation of the parties, filed on December 12, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for December 12, 2008, shall be continued until Friday, January 9, 2009, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 12, 2008 stipulation, the time from the date of the parties' stipulation to, and including, January 9, 2009, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare defendant's defense taking into account the exercise of due diligence.

Dated: December 11, 2008                    /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
                                            UNITED STATES DISTRICT JUDGE