DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0060-EJG |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING, TO EXCLUDE TIME, |
| v. | ) ) | AND FOR A PRE-PLEA REPORT |
| KEVIN WHITE | ) ) | |
| Defendant. | ) ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

     This case is currently scheduled for a status hearing on January 9, 2009. The parties have conferred and agree that additional time is needed for negotiation between the parties with the hope of resolving the case. Specifically, the parties have agreed that a pre-plea presentence report would aid the parties toward resolving the case and respectfully request that this Court order the Probation Office to produce a pre-plea presentence report in Mr. White's case.

     The parties are hopeful that a resolution can be reached short of trial.

     Mr. White is currently in custody and is willing to waive time pursuant to the Speedy Trial Act in order for defense counsel to obtain the pre-plead presentence report and pursue negotiations with the government.

     The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 9, 2009, be continued until February 25, 2009. In addition, the parties stipulate that the time period from January 9, 2009 to, and including, February 25, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act

1

pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare Mr. White's defense.  Specifically, the parties further agree that a pre-plea presentence investigation report from the probation office will aid defense counsel in properly advising Mr. White of the consequences of a conviction of the charge(s) and possibly help in resolving the case.

      A proposed order is attached and lodged separately for the court's convenience.

DATED:  January 8, 2009                    Respectfully submitted,

McGREGOR W. SCOTT                   DANIEL BRODERICK
United States Attorney                        Federal Defender

/s/Lexi Negin for Samuel Wong          /s/ Lexi Negin
 SAMUEL WONG                             LEXI NEGIN
Assistant U.S. Attorney                      Assistant Federal Defender
Attorney for United States                  Attorney for Kevin White

For the reasons set forth in the stipulation of the parties, filed on January 8, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for January 9, 2009, shall be continued until Wednesday, February 25, 2009, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 8, 2009 stipulation, the time from the date of the parties' stipulation to, and including, February 25, 2009, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare defendant's defense taking into account the exercise of due diligence.

      In addition, the Court further ORDERS the United States Probation Office to prepare and disclose to the parties a pre-plea presentence investigation report.

Dated:   January 8, 2009                /s/ Edward J. Garcia
                                          EDWARD J. GARCIA, US DISTRICT JUDGEUDGE