| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | LEXI NEGIN Bar #250376, |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0060-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS HEARING AND TO EXCLUDE TIME |
| v. | ) | |
| | ) | |
| KEVIN WHITE | ) | |
| | ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This case is currently scheduled for a status hearing on April 10, 2009. At the last status hearing, the Court informed the parties that it was not willing to continue the case, and that the parties should be prepared to resolve the case or set a trial date at the next status hearing.

Since that time, the parties have received the pre-plea report and have worked diligently toward a resolution of the case. The parties are working toward resolution, however, there are a number of steps that must be taken in this case to get to a resolution.

The parties have conferred and agree that the parties are close to a resolution, but need more time. On Friday, April 3, 2009, Assistant Federal Defender Lexi Negin emailed to Assistant United States Attorney Samuel Wong a five-page letter containing a settlement proposal and a seven-page draft sentencing memorandum. However, there are other urgent matters that require AUSA's Wong immediate attention and his supervisor, AUSA Benjamin Wagner, with whom he will need to discuss this case before accepting or rejecting AFD Negin's proposal, is away from the office this week and will return on April 13, 2009. Thus, AUSA Wong will not be able to respond to AFD Negin's documents before the scheduled

1

April 10, 2009, status conference date. In addition, AUSA Wong is scheduled to be away from the office from Friday, April 24, 2009, and will return on Monday, May 4, 2009. Accordingly, the parties are asking the Court to continue the matter for status or change of plea on May 8, 2009, before the Court requires the parties to set a motion schedule and trial date.

Mr. White is currently in custody and is willing to waive time pursuant to the Speedy Trial Act in order for defense counsel to continue preparing his defense by presenting information to the prosecution that might lead to a sentence reduction for White.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 10, 2009, be continued until May 8, 2009. In addition, due to the need for defense counsel to prepare and work toward a resolution, the parties stipulate that the time period from April 10, 2009 to, and including, May 8, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide continuity of counsel for the United States, and both counsel for the United States and defense counsel with the reasonable time to prepare their respective client's cases.

A proposed order is attached and lodged separately for the court's convenience.

DATED: April 7, 2009

                Respectfully submitted,

| | |
|---|---|
| LARRY BROWN | DANIEL BRODERICK |
| Acting United States Attorney | Federal Defender |
| | |
| /s/Lexi Negin for Samuel Wong | /s/ Lexi Negin |
| SAMUEL WONG | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Kevin White |

1

||IN THE UNITED STATES DISTRICT COURT|
|---|---|
||FOR THE EASTERN DISTRICT OF CALIFORNIA|

| UNITED STATES OF AMERICA, | ) No. CR-06-0060-EJG |
|---|---|
| Plaintiff, | ) |
| | ) ORDER CONTINUING STATUS |
| v. | ) CONFERENCE AND EXCLUDING TIME |
| | ) |
| KEVIN WHITE | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

For the reasons set forth in the stipulation of the parties, filed on April 7, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for April 10. 2009, shall be continued until Friday, May 8, 2009, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 7, 2009 stipulation, the time from the date of the parties' stipulation to, and including, May 8, 2009, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide continuity of counsel for the United States, and both counsel for the United States and defense counsel with the reasonable time to prepare their respective client's cases.

Dated: April 7, 2009         /s/ Edward J. Garcia
                             U. S. DISTRICT JUDGE