```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LEXI NEGIN Bar #250376,
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    KEVIN WHITE
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0060-EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS HEARING AND TO EXCLUDE TIME |
| v. | ) | |
| KEVIN WHITE | ) | |
| | ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) | |
| _____ | ) | |

This case is currently scheduled for a status hearing on May 8, 2009. The parties have reached a tentative settlement agreement that Mr. White will change his plea, however, the parties desire additional time to work out the details and embody the tentative agreement in a written plea agreement and to allow defense counsel time to explain the plea agreement to Mr. White.

The next court date available to both parties is June 5, 2009.

Mr. White is currently in custody and is willing to waive time pursuant to the Speedy Trial Act in order for defense counsel to continue preparing his defense by working on the written plea agreement and reviewing the proposed plea agreement with him.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 8, 2009, be continued until June 5, 2009. In addition, due to the need for both counsel to prepare and work toward a resolution, the parties stipulate that the time period from the date of this stipulation, May 6, 2009 to, and including, June 5, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.

1

§3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide both counsel for the United States and defense counsel with the reasonable time to prepare their respective client's cases.

A proposed order is attached and lodged separately for the court's convenience.

DATED: May 7, 2009

Respectfully submitted,

| | |
|---|---|
| LARRY BROWN<br>Acting United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Samuel Wong<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Kevin White |

1

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | ) No. CR-06-0060-EJG |
|---|---|
| Plaintiff, | ) |
| | ) ORDER CONTINUING STATUS |
| v. | ) CONFERENCE AND EXCLUDING TIME |
| KEVIN WHITE | ) |
| Defendant. | ) |
| _____ | ) |

For the reasons set forth in the stipulation of the parties, filed on May 7, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for May 8, 2009, shall be continued until Friday, June 5, 2009, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time from the date of the parties' stipulation, May 6, 2006, to, and including, June 5, 2009, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide both counsel for the United States and defense counsel with the reasonable time to prepare their respective client's cases.

Dated: May 7, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE