1 LAWRENCE G. BROWN
Acting United States Attorney
2 SAMUEL WONG
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2772



FILED

MAY 29 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-06-060 EJG |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| KEVIN WHITE, ) | |
| Defendant. ) | Court: Hon. Edward J. Garcia<br>Date: June 3, 2009<br>Time: 2:00 p.m. |

This case is currently scheduled for a status hearing on June 3, 2009, at 2:00 p.m. The parties have reached a tentative settlement agreement that Mr. White will change his plea, however, the parties desire additional time to work out the details and embody the tentative agreement in a written plea agreement and to allow defense counsel time to explain the plea agreement to Mr. White.

The next court date available to both parties is July 10, 2009.

Mr. White is currently in custody and is willing to waive time pursuant to the Speedy Trial Act in order for defense counsel to continue preparing his defense by working on the written plea agreement and reviewing the proposed plea agreement with him.

The parties, through their respective counsel, hereby stipulate and agree that the status

1

conference scheduled in this case for June 3, 2009, be continued until July 10, 2009. In addition, due to the need for both counsel to prepare and work toward a resolution, the parties stipulate that the time period from the date of this stipulation, June 3, 2009 to, and including, July 10, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide both counsel for the United States and defense counsel with the reasonable time to prepare their respective client's cases.

A proposed order is attached and lodged separately for the Court's convenience.

DATED: May 29, 2009

Respectfully submitted,

| LARRY BROWN | DANIEL BRODERICK |
| Acting United States Attorney | Federal Defender |

/s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney
Attorney for United States

/s/ Lexi Negin by AUSA Samuel Wong
LEXI NEGIN
Assistant Federal Defender
Attorney for Kevin White

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR-06-0060-EJG
          Plaintiff, )
                        ) PROPOSED ORDER CONTINUING
v. ) STATUS CONFERENCE AND
                        ) EXCLUDING TIME
KEVIN WHITE )
          Defendant. )

For the reasons set forth in the stipulation of the parties, filed on May 29, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for June 3, 2009, shall be continued until Friday, July 10, 2009, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time from the date of the parties' stipulation, May 28, 2009, to, and including, July 10, 2009, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide both counsel for the United States and defense counsel with the reasonable time to prepare their respective client's cases.

Dated: May 29, 2009

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

2