1  LAWRENCE G. BROWN
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2772

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )    2:06-cr-00060-EJG
                                  )
12            Plaintiff,          )    PRELIMINARY ORDER OF
                                  )    FORFEITURE
13       v.                       )
                                  )
14  KEVIN WHITE,                  )
                                  )
15            Defendant.          )
   _____)

16

17       Based upon the plea agreement entered into between plaintiff

18  United States of America and defendant Kevin White it is hereby

19       ORDERED, ADJUDGED AND DECREED as follows:

20       1.  Pursuant to 18 U.S.C. § 2253(a)(3), defendant Kevin

21  White's interest in the following property shall be condemned and

22  forfeited to the United States of America, to be disposed of

23  according to law:

24            a)   a Hewlett Packard Pavilion computer, Model
                   751n, serial number MX216A5230.
25

26       2.  The above-listed property constitutes property used or

27  intended to be used in any manner or part to commit and to

28  promote the commission of a violation of 18 U.S.C.

                              1          Preliminary Order of Forfeiture

§ 2252A(a)(5)(B) and/or contains visual depictions produced, transported, shipped or received in violation thereof.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Department of Homeland Security, Customs and Border Protection's intent to dispose of the property in such manner as the Attorney General and/or Secretary of Treasury may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all

Preliminary Order of Forfeiture

1    third-party interests, if any, this Court will enter a Final

2    Order of Forfeiture pursuant to 18 U.S.C. § 2253(a)(3) in which

3    all interests will be addressed.

4         SO ORDERED this 24th day of August, 2009.

5

6                                     /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
7                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Preliminary Order of Forfeiture