LAWRENCE G. BROWN
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO. S-06-060-EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING SENTENCING |
| ) | HEARING DATE |
| KEVIN WHITE, ) | Date:  November 6, 2009 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| _____) | |

   Whereas, Assistant United States Attorney Samuel Wong has a scheduling conflict with the new sentencing hearing date of Thursday, October 15, 2009,

   It is hereby stipulated by and between plaintiff United States Of America and defendant Kevin White, through their respective counsel, that the presently set October 15, 2009, at 10:00 a.m. hearing set for judgment and sentencing shall be continued to November 6, 2009, at 10:00 a.m.

///

///

///

1

The United States represents that this latter date is satisfactory to the United States Probation Officer George Vidales for the judgment and sentencing hearing.

DATED: October 15, 2009        LAWRENCE G. BROWN
United States Attorney

/s/ Samuel Wong
By: _____
SAMUEL WONG
Assistant U.S. Attorney


/s/ Lexi Negin
_____
DATED: June 9 2009        LEXI NEGIN
Assistant Federal Defender
Attorney for defendant
Kevin White
(per telephone authorization)

---

O R D E R

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom,

It is hereby ordered that the presently set October 15, 2009, at 10:00 a.m., hearing set for judgment and sentencing shall be continued to November 6, 2009, at 10:00 a.m.

DATED: October 13, 2009        /s/ Edward J. Garcia
_____
EDWARD J. GARCIA
United States District Judge